```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 10483
   BRYANT L COULTER
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-8281

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 03/17/2004 and was confirmed 06/14/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

   The case was paid in full 09/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
CHASE MANHATTAN MTG CORP  CURRENT MORTG    34725.28           .00        34725.28
CHASE MANHATTAN MTG CORP  MORTGAGE ARRE    19550.22           .00        19550.22
CHASE MANHATTAN MORTGAGE  NOTICE ONLY          .00            .00             .00
DAIMLER CHRYSLER FINANCI  SECURED           9856.03       2367.22         9856.03
AT & T WIRELESS           UNSECURED       NOT FILED           .00             .00
ROUNDUP FUNDING LLC       UNSECURED          967.69           .00          967.69
CAVALRY PORTFOLIO SERVIC  UNSECURED          756.56           .00          756.56
CHICAGO FIREMANS ASSOC C  UNSECURED         4066.39           .00         4066.39
CITI COMMERCE HURLEY STA  UNSECURED       NOT FILED           .00             .00
CITY OF CHICAGO PARKING   UNSECURED          150.00           .00          150.00
CAVALRY PORTFOLIO SERVIC  UNSECURED         1010.59           .00         1010.59
CREDIT MANAGEMENT CONTRO  UNSECURED       NOT FILED           .00             .00
DIRECTV                   UNSECURED       NOT FILED           .00             .00
GLENDA J GRAY             UNSECURED       NOT FILED           .00             .00
LITTLE CO MARY HOSPITAL   UNSECURED       NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED            .00            .00             .00
RESURGENT CAPITAL SERVIC  UNSECURED         3647.94           .00         3647.94
ROUNDUP FUNDING LLC       UNSECURED          254.07           .00          254.07
THE INTERNATIONAL RECOVE  UNSECURED       NOT FILED           .00             .00
TX COLLECT INC            UNSECURED       NOT FILED           .00             .00
DAIMLER CHRYSLER FINANCI  UNSECURED          413.55           .00          413.55
ILLINOIS DEPT OF REVENUE  PRIORITY          4105.00           .00         4105.00
ILLINOIS DEPT OF REVENUE  FILED LATE           .00            .00             .00
TIMOTHY K LIOU            DEBTOR ATTY       552.00                         552.00
TOM VAUGHN                TRUSTEE                                         4,578.30
DEBTOR REFUND             REFUND                                          1,436.24

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               88,437.08

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 10483 BRYANT L COULTER
```

```
PRIORITY                                                         4,105.00
SECURED                                                         64,131.53
     INTEREST                                                    2,367.22
UNSECURED                                                       11,266.79
ADMINISTRATIVE                                                     552.00
TRUSTEE COMPENSATION                                             4,578.30
DEBTOR REFUND                                                    1,436.24
                                      ----------------    ----------------
TOTALS                                      88,437.08           88,437.08
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/03/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE